**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

REBECCA CONNELL,

     Plaintiff,

v.

CEDRIC L NELSON, BERKSHIRE
HATHAWAY HOMESTATE INSURANCE
COMPANY, AIKEN LOGISTICS, LLC,
PRIME INSURANCE COMPANY, AD EXPRESS
TRUCKING, LLC, SADIK MAHMUDOV, and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendants.

CIVIL ACTION FILE

NO. 5:25-CV-180(CAR)

---

## CONSENT ORDER GRANTING DEFENDANT PRIME INSURANCE COMPANY'S PARTIAL MOTION TO DISMISS

The Court, having considered Defendant Prime Insurance Company's ("Prime") Partial Motion to Dismiss, and being advised that Plaintiff agrees to the relief requested therein, hereby **GRANTS** Prime's Motion [Doc. 13]. Plaintiff's claims against Prime for negligence, attorneys' fees and litigation expenses under O.C.G.A. § 13-6-11, and punitive damages are **DISMISSED with prejudice**. Plaintiff's direct action claim against Prime (Count VI) remains pending, and this action shall remain pending as to all other claims against all other Defendants.

     **SO ORDERED,** this 24th day of November, 2025.

                    s/ C. Ashley Royal
                    C. ASHLEY ROYAL, SENIOR JUDGE
                    UNITED STATES DISTRICT COURT