**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| REBECCA CONNELL, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Case No.: 5:25-cv-00180-CAR** |
| | : | |
| CEDRIC L NELSON *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

On May 19, 2026, the Court held a telephonic hearing concerning Plaintiff Rebecca Connell and Defendant State Farm Mutual Automobile Insurance Company's ("State Farm") Consent Motion to Dismiss State Farm [Doc. 24], Plaintiff and Defendant Owners Insurance Company's Consent Motion to Dismiss Owners ("Owners") [Doc. 25], and the Parties' Consent Motion to Enter Proposed Amended Scheduling Order, requesting discovery and dispositive motions deadlines be extended [Doc. 26].

At the hearing, the Court **DENIED** both Consent Motions to Dismiss filed by Defendants State Farm and Owners, Plaintiff's alleged uninsured/underinsured motorist carriers, because the Motions were procedurally improper [Docs. 24, 25]. But Plaintiff, State Farm, and Owners consented to the Court's alternative proposal that both State Farm and Owners be excused from participating in discovery as party litigants. Thus, the

1

Court hereby **ORDERS** State Farm and Owners to be excused from their duty to participate in discovery as party litigants in this action. At any time, State Farm and Owners may move to participate in discovery.

At the hearing, the Court also **GRANTED in part** and **DENIED in part** the Parties' Consent Motion to Enter Proposed Amended Scheduling Order [Doc. 26]. Although the Court **DENIED** the Parties' specific requests, the Court **GRANTED** a six-month extension of discovery and a corresponding 30-day extension of the dispositive motions' deadline. Accordingly, the Scheduling Order is hereby amended as follows: the Plaintiff must disclose the identity of any expert witnesses on or before **July 13, 2026**; Defendants must disclose the identity of any expert witnesses on or before **August 11, 2026**; and the Parties must serve any supplemental expert reports by **September 21, 2026**, complete all discovery by **October 13, 2026**, and file any dispositive and/or Daubert motions by **November 12, 2026**.

**SO ORDERED,** this 27th day of May, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

2