## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

REBECCA CONNELL,                          :
                                          :
    Plaintiff,                            :
                                          :
v.                                        :        **Case No.: 5:25-cv-00180-CAR**
                                          :
CEDRIC L NELSON *et al.*,                  :
                                          :
    Defendants.                           :
                                          :
_____          :

## ORDER TO RESPOND

On April 28, 2026, Defendants Berkshire Hathaway Homestate Insurance Company ("Berkshire"), Aiken Logistics, LLC ("Aiken"), and Cedric Nelson served a Rule 45 subpoena on non-party Southern OBGYN Associates, P.C. On May 8, 2026, Plaintiff Rebecca Connell filed her Motion for Protective Order Regarding Defendants Subpoena to Southern Ob-Gyn, requesting the Court quash the subpoena [Doc. 29]. Defendants Berkshire, Aiken, and Nelson have failed to respond to the Motion, and the time in which to do so has passed. Defendants Berkshire, Aiken, and Nelson are **DIRECTED** to file a response to the Motion within **seven (7) days** of this Order's date.

    **SO ORDERED,** this 8th day of June, 2026.

                                       S/ C. Ashley Royal_____
                                       C. ASHLEY ROYAL, SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

1